AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means  ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of <br> THE PREMISES LOCATED AT <br> 716 EAST 27TH STREET, LOS ANGELES, CA <br> 90011 | ) ) ) ) ) ) ) ) Case No. 2:21-mj-03162 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: <u>  7/2/2021     5:55 pm  </u>     _____
                                                              *Judge's signature*

City and state:  <u>Los Angeles, California</u>       Hon. Alexander F. MacKinnon, United States Magistrate Judge
                                                              *Printed name and title*

AUSA: Amanda M. Bettinelli (213-894-0470) /Erik M. Silber (213) 894-2231

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 2:21-mj-03162 | Date and time warrant executed: 7/4/2021  9:26 am | Copy of warrant and inventory left with: Inside 716 E. 27st, Los Angeles, CA |
| Inventory made in the presence of : Sam Chung, ATF Special Agent | | |

Inventory of the property taken and name of any person(s) seized:

1. Pistol - S&W SW9VE PBT0453
2. 3 M-Type devices 4"x 1"
3. Rifle - Savage Model 110 6.5 Creedmoor, N031356
4. Pistol - Kimber Custom II, K576638
5. Pistol - Beretta 92FS, BER000953CA2F
6. Pistol - Ruger GP100, 176-06961
7. Miscellaneous firearms paperwork
8. Rifle - Remington model 783, RA11804B
9. Rifle - Savage model 111, K991397
10. Pistol - Hi Point model C9, P10038402
11. Pistol - Hi Point model CF380, P8158095
12. Pistol - Beretta PX4 Storm, PY91162
13. Fireworks acquisition & disposition book
14. DMV paperwork in the name of Arturo Ceja Jr.
15. Lease agreement in the name of Arturo Ceja III
16. Three (3) consumer fireworks 4" x 1 ½ " "crackling willow"
17. Miscellaneous fireworks paperwork
18. Fifteen (15) various sized mortar tubes

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/7/2021

*Executing officer's signature*

Sam Chung, ATF Special Agent
*Printed name and title*

**ATTACHMENT A**

<u>SUBJECT PREMISES TO BE SEARCHED</u>

The SUBJECT PREMISES is located at 716 East 27th Street, Los Angeles, CA 90011.  The SUBJECT PREMISES is a single story single-family residential home that is salmon in color with white trim.  A white metal fence with a sliding gate on the southeast side.  There is a small, covered porch centered between two front windows with steps that lead up to the front door.  There is a brown wooden plaque with black numerals "716" affixed above the small, covered porch.  The driveway is on the southeast side of the home and leads to a storage shed towards the rear of the property.  A photograph of the SUBJECT PREMISES is provided:



ATTACHMENT B

ITEMS TO BE SEIZED

The following items are to be seized as evidence, instrumentalities, or fruits of violations of Title 18, United States Code, Section 842(a)(3)(A), transporting explosives without a license:

1. All explosives and explosives devices including commercial, display, and homemade fireworks.
2. All literature on explosive devices including books, magazines, pamphlets, and diagrams relating to the acquisition and disposition of explosives and explosive devices, including homemade fireworks.
3. Documents about the acquisition and/or disposition of explosive devices, including homemade fireworks.
4. All evidence about the sale of fireworks, including receipts, packing materials, and other materials demonstrating an indicia of sales.
5. All records related to the renting of trucks or other vehicles from January 1, 2021 to June 30, 2021.
6. Documents or evidence that show dominion and control over the SUBJECT PREMISES, rooms within the SUBJECT PREMISES that items above are located, or dominion and control over the items above themselves.